# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|--|--|
| Case No.: | 10-38275 |
| Judge: | Susan V. Kelley |
| Chapter: | Chapter 13 |

In Re: Robert D Boyd
      Robin Renee Boyd

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

      Geraci Law, LLC, Attorneys for the Debtor(s), have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

      **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, on or before 21 days from the date of this notice, you or your attorney must:

      File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection.  File your written request at:

Clerk, U.S. Bankruptcy Court<br>
517 E. Wisconsin Ave., Rm. 126<br>
Milwaukee, WI  53202

      If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

      You must also mail a copy to the parties listed below and on the attached mailing matrix:

Ann R. Kramer
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone:  (414) 475-0100
Email: wal@geracilaw.com

Rec. No: 516487
Notice and Request to Modify Chapter 13 Plan

| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 East Wisconsin Avenue, Room 430 | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |
| | |
| Geraci Law, LLC | Robert D Boyd |
| Ann R. Kramer | Robin Renee Boyd |
| 2505 N. Mayfair Rd. #101 | 8528 Westbrook Dr |
| Wauwatosa, WI 53226 | Sturtevant, WI 53177 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

**REQUEST TO MODIFY CHAPTER 13 PLAN**

1. The Proponent of this modification is the Debtor(s), through their Attorneys, Geraci Law, LLC.

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. ___x___ post-confirmation

   B. _____ pre-confirmation (Select i. or ii.);

   i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially or adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

   ii. __X___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors are (See Attached List).

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: See Below.

4. The reason for the modification is to lower Chapter 13 payment and surrender debtor's interest in their residence. The Debtor' income decreased. Robin Boyd lost her job and had to take a lower paying job.

5. Select A. or B.

   A. __X__ The Chapter 13 Plan confirmed or last modified on ___02/22/11_____ (date) is modified as follows: Chapter 13 payment is lowered to $305 for 36 more months. Section 6. (B) is amended to state that there will be no mortgage arrearages paid through the plan to Citimortgage. Section 6(C) is amended to state that the Debtors will surrender their interest in their residence located at 8528 Westbrook Dr, Sturtevant, WI.

   B. ____ The unconfirmed Chapter 13 Plan is modified as follows: (See Attached Plan).

   All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Friday, December 09, 2011.

                By: */s/ Ann R. Kramer*
                  Ann R. Kramer
                  Attorney for Debtor
                  Bar #: 1055453

Ann R. Kramer
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email: wal@geracilaw.com

| | |
|---|---|
| | Case No.: 10-38275 |
| | Judge: Susan V. Kelley |
| | Chapter: Chapter 13 |
| In Re: Robert D Boyd | |
| Robin Renee Boyd | |

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Friday, December 09, 2011:

Robert Boyd  **SEE ATTACHED LIST**
Robin Renee Boyd
8528 Westbrook Dr
Sturtevant, WI 53177

Additionally, the documents referenced above were also served via electronic means on the following individuals on Friday, December 09, 2011:

| | |
|---|---|
| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

Dated this Friday, December 09, 2011.

By: _/s/ Ann R. Kramer_____
Ann R. Kramer
Attorney of the Debtor
Bar #: 1055453

Ann R. Kramer
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email: wal@geracilaw.com

Rec. No: 516487
Notice and Request to Modify Chapter 13 Plan

Citimortgage
Attn: Bankruptcy Dept.
Po Box 9438
Gaithersburg, MD  20898

Hawthorne Architectural
C/O National Recovery AGEN
2491 Paxton St
Harrisburg, PA  17111

Sprint
C/O Enhanced Recovery CORF
8014 Bayberry Rd
Jacksonville, FL  32256

Dish Network
C/O ER Solutions
800 Sw 39Th St
Renton, WA  98057

U.S. Cellular
C/O I C System INC
Po Box 64378
Saint Paul, MN  55164

Citi Auto
Attn: Bankruptcy Dept.
2208 Highway 121 Ste 100
Bedford, TX  76021

Sprint
C/O Enhanced Recovery CORF
8014 Bayberry Rd
Jacksonville, FL  32256

T-Mobile
C/O Bureau OF Collection R
7575 Corporate Way
Eden Prairie, MN  55344

Sprint
C/O ER Solutions
800 Sw 39Th St
Renton, WA  98057

Progressive Insurance
C/O NCO FIN/99
Po Box 15636
Wilmington, DE  19850

Wisconsin Electric Power
Attn: Bankruptcy Dept.
231 W Michigan St A130
Milwaukee, WI  53203

US Cellular Corporation
C/O H E Stark Agency
6425 Odana Rd
Madison, WI  53719

Credit Management Co.
Attn: Bankruptcy Dept.
Po Box 1654
Green Bay, WI  54305

AT&T Wireless
C/O Palisades Collection L
210 Sylvan Ave
Englewood, NJ  07632

GEMB/Sam's Club
Attn: Bankruptcy Dept.
Po Box 981400
El Paso, TX  79998

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta, GA  30374

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen, TX  75013

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester, PA  19022

Kohls/Chase
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI  53051

Advance America
Bankruptcy Department
4003 Durand Ave.
Racine, WI  53405

Wheaton Franciscan Med. Grou
Bankruptcy Department
PO Box 68-9711
Milwaukee, WI  53268

Racine Water
Attn: Bankruptcy Dept.
800 Center Street
Racine, WI  53403

Verizon Wireless
Bankruptcy Department
PO Box 3397
Bloomington, IL  61702

Gray & Associates
Attn: Bankruptcy Department
16345 West Glendale Dr.
New Berlin, WI  53151