Case No.: 10-38275
Judge: Susan V. Kelley
Chapter: Chapter 13

In Re: Robert D Boyd
Robin Boyd

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Geraci Law, LLC, Attorneys for the Debtors, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, on or before 21 days from the date of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection.  File your written request at:

Clerk, U.S. Bankruptcy Court
517 E. Wisconsin Ave., Rm. 126
Milwaukee, WI  53202

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the parties listed below and on the attached mailing matrix:

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone:  (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 516487
Notice and Request to Modify Chapter 13 Plan

| | |
|---|---|
| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 East Wisconsin Avenue, Room 430 | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |
| | |
| Geraci Law, LLC | Robert D Boyd |
| Andrew M. Golanowski | Robin Boyd |
| 2505 N. Mayfair Rd. #101 | 3271 Boss Rd |
| Wauwatosa, WI 53226 | Abbotsford, WI 54405 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponents of this modification are the Debtors, through their Attorneys, Geraci Law, LLC.

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. ___X___ post-confirmation

   B. _____ pre-confirmation (Select i. or ii.);

   i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially or adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

   ii. __X___ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors are (See Attached List).

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: See Below.

4. The reason for the modification is to provide for tax refunds.

5. Select A. or B.

   A. ___X___ The confirmed Chapter 13 Plan is modified as follows: Debtors shall pay $158 bi-weekly for the remainder of the Plan. Allowed general unsecured claims shall receive a pro rata share of not less than $6,176.50 representing tax refunds due for 2010 and 2011.

   B. _____ The unconfirmed Chapter 13 Plan is modified as follows:

   C. All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Wednesday, March 13, 2013.

By: */s/ Andrew M. Golanowski*
Andrew M. Golanowski
Attorney for Debtor
Bar #: 1055499

Andrew M. Golanowski
Geraci Law, LLC

Rec. No: 516487
Notice and Request to Modify Chapter 13 Plan

2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 516487
Notice and Request to Modify Chapter 13 Plan

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| | Case No.: 10-38275 |
| | Judge: Susan V. Kelley |
| | Chapter: Chapter 13 |

In Re: Robert D Boyd
      Robin Boyd

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Wednesday, March 13, 2013:

Robert Boyd        **SEE ATTACHED LIST**
Robin Boyd
3271 Boss Rd
Abbotsford, WI 54405

Additionally, the documents referenced above were also served via electronic means on the following individuals on Wednesday, March 13, 2013:

| | |
|---|---|
| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

Dated this Wednesday, March 13, 2013.

                                                        By: _/s/ Andrew M. Golanowski_____
                                                           Andrew M. Golanowski
                                                           Attorney of the Debtor
                                                           Bar #: 1055499

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-6052
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 516487
Notice and Request to Modify Chapter 13 Plan

| | | |
|---|---|---|
| Citimortgage<br>Attn: Bankruptcy Dept.<br>Po Box 9438<br>Gaithersburg, MD  20898 | US Cellular Corporation<br>C/O H E Stark Agency<br>6425 Odana Rd<br>Madison, WI  53719 | Verizon Wireless<br>Bankruptcy Department<br>PO Box 3397<br>Bloomington, IL  61702 |
| Hawthorne Architectural<br>C/O National Recovery AGEN<br>2491 Paxton St<br>Harrisburg, PA  17111 | Credit Management Co.<br>Attn: Bankruptcy Dept.<br>Po Box 1654<br>Green Bay, WI  54305 | Gray & Associates<br>Attn: Bankruptcy Department<br>16345 West Glendale Dr.<br>New Berlin, WI  53151 |
| Sprint<br>C/O Enhanced Recovery CORP<br>8014 Bayberry Rd<br>Jacksonville, FL  32256 | AT&T Wireless<br>C/O Palisades Collection L<br>210 Sylvan Ave<br>Englewood, NJ  07632 | |
| Dish Network<br>C/O ER Solutions<br>800 Sw 39Th St<br>Renton, WA  98057 | GEMB/Sam's Club<br>Attn: Bankruptcy Dept.<br>Po Box 981400<br>El Paso, TX  79998 | |
| U.S. Cellular<br>C/O I C System INC<br>Po Box 64378<br>Saint Paul, MN  55164 | Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta, GA  30374 | |
| Citi Auto<br>Attn: Bankruptcy Dept.<br>2208 Highway 121 Ste 100<br>Bedford, TX  76021 | Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen, TX  75013 | |
| Sprint<br>C/O Enhanced Recovery CORP<br>8014 Bayberry Rd<br>Jacksonville, FL  32256 | Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA  19022 | |
| T-Mobile<br>C/O Bureau OF Collection R<br>7575 Corporate Way<br>Eden Prairie, MN  55344 | Kohls/Chase<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI  53051 | |
| Sprint<br>C/O ER Solutions<br>800 Sw 39Th St<br>Renton, WA  98057 | Advance America<br>Bankruptcy Department<br>4003 Durand Ave.<br>Racine, WI  53405 | |
| Progressive Insurance<br>C/O NCO FIN/99<br>Po Box 15636<br>Wilmington, DE  19850 | Wheaton Franciscan Med. Group<br>Bankruptcy Department<br>PO Box 68-9711<br>Milwaukee, WI  53268 | |
| Wisconsin Electric Power<br>Attn: Bankruptcy Dept.<br>231 W Michigan St A130<br>Milwaukee, WI  53203 | Racine Water<br>Attn: Bankruptcy Dept.<br>800 Center Street<br>Racine, WI  53403 | |